IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAHIM R. CALDWELL, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 08-4099 (JBS/KMW) |
| v. | |
| VINELAND POLICE DEPARTMENT, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon Plaintiff's motion to reconsider [Docket Item 43] the Court's January 26, 2010 Memorandum Opinion denying Plaintiff's motion to reconsider the Court's November 12, 2009 Memorandum Opinion and Order; the Court having considered the arguments advanced by Plaintiff in support thereof; for the reasons discussed in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this    **23rd**    day of **February, 2010** hereby

ORDERED that Plaintiff's motion for reconsideration shall be, and hereby is, **DENIED**.

**s/ Jerome B. Simandle**
Jerome B. Simandle
United States District Judge